AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF    NEVADA

VINCENT TANG, et al.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-cv-00182-RCJ-RAM**

BANK OF AMERICA, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 12) is GRANTED and any lis pendens on the Property is EXPUNGED. IT IS FURTHER ORDERED that the Motion for Preliminary Injunction (ECF No. 9) and Motion for Judgment on the pleadings (ECF No. 11) are DENIED.

  5/20/2011   **LANCE S. WILSON**
    Clerk

    /s/ P. McDonald
    Deputy Clerk